The People of the State of New York, Respondent, 
against
Brandon Pinnock, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Lisa A. Sokoloff, J. at plea; Laurie Peterson, J., at sentencing), rendered December 17, 2013, convicting him, upon a plea of guilty, of petit larceny, and sentencing him to three years of probation.




Per Curiam.
Judgment of conviction (Lisa A. Sokoloff, J. at plea; Laurie Peterson, J., at sentencing), rendered December 17, 2013, affirmed.
We are unpersuaded that the probationary sentence imposed was unduly harsh or severe, and find no extraordinary circumstances warranting a reduction of the sentence in the interest of justice (see People v Fair, 33 AD3d 558, 558 [2006], lv denied 8 NY3d 945 [2007]). Further, defendant was sentenced in accordance with his plea bargain, and should not now "be heard to complain that he received what he bargained for" (id. at 558, quoting People v Chambers, 123 AD2d 270, 270 [1986]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: February 05, 2016